

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,370-02

### EX PARTE ALEXIS RENE OBREAGON, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1130245 IN THE 178TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated kidnapping and sentenced to sixty years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Obreagon v. State,* No. 14-08-01058-CR (Tex. App.–Houston [14th] January 7, 2010).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit and the mail

logs from the Texas Department of Criminal Justice, the trial court has entered findings of fact and conclusions of law recommending that Applicant be granted an out-of-time petition for discretionary review. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fourteenth Court of Appeals in Cause No. 14-08-01058-CR that affirmed his conviction in Cause No. 1130245 from the 178th District Court of Harris County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: June 5, 2013
Do not publish